Adil A. Siddiki
Law Office of James R. Vaughan, P.C.
1416 NW 46th St, Ste 105-436
Seattle, WA  98107
206.935.8077
adil@recoveryatty.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Spokane Division

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS. CO.<br>        Plaintiff,<br>vs.<br>UNITED STATES POSTAL SERVICE, A GOVERNMENT ENTITY,<br>        Defendant. | No.<br><br>COMPLAINT FOR NEGLIGENCE |

COMES NOW Plaintiff State Farm Mutual Automobile Insurance Company and for cause of action against Defendant United States Postal Service alleges:

**INTRODUCTION**

1. This is a subrogation action by Plaintiff to recover damages arising from an automobile collision caused by the negligent operation of a United States Postal Service Vehicle by a United States Postal Service employee.

**THE PARTIES**

2. Plaintiff, State Farm Mutual Automobile Insurance Company, is a corporation doing business in the state of Washington.

COMPLAINT FOR NEGLIGENCE - 1 of 4

Law Office of James R. Vaughan, P.C.
1416 NW 46th Street, Suite 105-436
Seattle, WA 98107
Phone: (206) 935-8077
Email: washington@recvoeryatty.com

3. That at all times material hereto Defendant United States Postal Service was a government entity operating in Spokane, Washington, within the jurisdiction of the Eastern District of Washington, Spokane Division.

4. That all acts done by David Eisenrich were done individually and on behalf of his employer, the United States Postal Service, and at all times material hereto, David Eisenrich, was operating within the scope of her employment on behalf of his employer.

## JURISDICTION AND VENUE

5. The claims herein are brought against the U.S. pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et. seq.*) and 28 U.S.C. §1346(b)(1), for money damages as compensation for loss of property that was caused by the negligent acts of agents and employees of the United States Government under circumstances where Defendant United States Postal Service, if a private person, would be liable to Plaintiff in accordance with the law of the state of Washington.

6. Venue is proper in that all acts forming the basis of Plaintiff's claims occurred in Spokane, Washington, within the Eastern District of Washington, Spokane Division.

7. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

8. This suit has been timely filed, in that Plaintiff timely served notice of its claim on the United States Postal Service Tort Claims Coordinator, 34301 9th Ave Suite 243, Federal Way, WA 98003 on or about June 2, 2021. Over six months have lapsed since the claim notice was sent to the United States Postal Service which has failed to respond.

/ / /

/ / /

COMPLAINT FOR NEGLIGENCE - 2 of 4

Law Office of James R. Vaughan, P.C.
1416 NW 46th Street, Suite 105-436
Seattle, WA 98107
Phone: (206) 935-8077
Email: washington@recvoeryatty.com

**EVENTS FORMING THE BASIS OF THE CLAIM**

9. On or about December 4, 2020, a vehicle owned by the United States Postal Service and operated by David Eisenrich, was operated negligently. David Eisenrich was backing out of the parking spot when he collided with Dusty L. Johnston ("Plaintiff's insured.")

10. David Eisenrich had duty to ensure it was safe to back his vehicle out of the parking spot. See RCW 46.61.605 (1).

11. David Eisenrich breached his duty, which caused a collision with a vehicle owned and operated by Plaintiff's insured. But for David Eisenrich's breach of duty, said collision would not have occurred.

12. The subject collision caused property and related damages to Plaintiff's insured's vehicle in the amount of $1,401.37.

**DAMAGES**

1. Plaintiff has suffered the following injuries for which it seeks full compensation under the law:

a. Plaintiff, by its contract of insurance with its insured, has paid for the damage to his vehicle, and moreover, its insured paid a $500.00 deductible.

b. Plaintiff's insured contractually and equitably assigned to Plaintiff, to the extent of said payments, his property damage and related claims against Defendant.

c. Plaintiff is entitled to court costs and may be entitled to fees under to RCW 4.84 et. seq.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seeks a judgment against Defendant, United States Postal Service, a government entity, for property and related damages in the amount of $1,401.37,

COMPLAINT FOR NEGLIGENCE - 3 of 4

Law Office of James R. Vaughan, P.C.
1416 NW 46th Street, Suite 105-436
Seattle, WA 98107
Phone: (206) 935-8077
Email: washington@recvoeryatty.com

together with Plaintiff's costs and disbursements incurred herein, plus attorney fees if recoverable by statute, and for such other and further relief as the court may deem just and equitable.

RESPECTFULLY SIGNED ON September 28, 2022.

*/s/ Adil A. Siddiki*

_____

Adil A. Siddiki, WSBA #37492

COMPLAINT FOR NEGLIGENCE - 4 of 4

Law Office of James R. Vaughan, P.C.
1416 NW 46th Street, Suite 105-436
Seattle, WA 98107
Phone: (206) 935-8077
Email: washington@recvoeryatty.com